UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-62047-CIV-SINGHAL

KEYLIN GEORGINA SANCHEZ RAYO,

Petitioner,

v.

PATROL AGENT IN CHARGE, U.S. Customs
and Border Protection, Dania Beach Station,
*et al.*,

Respondents.

_____/

## ORDER

**THIS CAUSE** is before the Court upon Respondents' Response to Petitioner's Petition for Writ of Habeas Corpus (DE [10] (the "**Response**") and Petitioner's Notice of Voluntary Dismissal (DE [11] (the "**Notice**")).  The Response advises the Court that Petitioner has been released from custody and therefore the Petition is moot.  *See* (DE [10]).  Petitioner has not responded to that representation and argument but does attempt to voluntarily dismiss the Petition.  *See* (DE [11]).  Although the Notice is legally insufficient because Respondents have not signed same, *see* Fed. R. Civ. P. 41(a)(1)(A)(i)–(ii) (notice of dismissal may be unilateral only until respondents respond to a petition), the Court understands Petitioner does not oppose dismissal of this action as moot.  Accordingly, it is hereby

ORDERED AND ADJUDGED that:

1.  The Petition (DE [1]) is **DISMISSED AS MOOT**;

2.  The Clerk of Court is directed to **CLOSE** this case, **CANCEL** all hearings and deadlines, and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 12th day of August 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF

2